**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**
      Plaintiff

                                                                 **CASE NUMBER: 12-MJ-30557**
                                                                **MAGISTRATE JUDGE: MARK A. RANDON**
v

**D-1 NEMR ALI RAHAL**
      Defendant

_____/

## ORDER TO MODIFY BOND CONDITION

      This matter having come before the Court upon the Stipulation of both parties, this Court having read the stipulation and having found that there is good cause to modify the bond conditions in the above-captioned case.

      NOW IT IS HEREBY ORDERED that the conditions of pretrial release for Defendant RAHAL, be amended to allow Pretrial Services to impose a time table and curfew to allow Defendant to travel outside the home for purposes of employment and to provide transportation for his children to and from school.

IT IS SO ORDERED

                                              s/Mark A. Randon
                                              MARK A. RANDON
                                              UNITED STATES MAGISTRATE JUDGE

Dated: October 24, 2012